IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VERLETTA MCCUTCHEN, individually
and on behalf of all others similarly situated,
                                    Plaintiff,

v.                                                                    Civil Action No. 3:21cv50

I.C. SYSTEM, INC. & JOHN DOES 1-25,
                                    Defendants.

## FINAL ORDER

On May 27, 2021, the parties filed a stipulation of dismissal pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 7.)  The Court acknowledges this voluntary dismissal

between the named plaintiff, Verletta McCutchen,[1] and the defendants and DIRECTS the Clerk to

close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                            /s/ _____
                                                            John A. Gibney, Jr.
Date: 27 May 2021                                            United States District Judge
Richmond, VA

_____
    [1] McCutchen filed her complaint as a putative class action, but the Court never certified a
class.